USCA1 Opinion

 

 August 2, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-2321 SHIRLEY ADAMSON, Plaintiff, Appellant, v. NANCY MILLS, et al., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. Morton A. Brody, U.S. District Judge] ___________________ ____________________ Before Cyr, Boudin and Lynch, Circuit Judges. ______________ ____________________ Shirley Adamson on brief pro se. _______________ Andrew Ketterer, Attorney General, and Leanne Robbin, Assistant ________________ ______________ Attorney General, on brief for appellees. ____________________ ____________________ Per Curiam. We have carefully reviewed the briefs __________ and record and find no merit in plaintiff's contentions that defendants acted in the clear absence of any jurisdiction. Under Maine law, state district courts have jurisdiction over the civil violations in question as well as power to enforce their orders through contempt. 20-A Me. Rev. Stat. Ann.  5053(2); 14 Me. Rev. Stat. Ann. 252. Plaintiff's contention that a prosecutor must file a civil violation __________ complaint supported by an affidavit before a district court _________ acquires jurisdiction is wrong. 17-A Me. Rev. Stat. Ann.  17. As for plaintiff's challenge to her arrest, the court's civil order of arrest was supported by a sworn motion signed _____ by an assistant district attorney which clearly established probable cause to believe plaintiff had violated court orders. The assistant district attorney's sworn statements were equivalent to affidavits. Plaintiff's action was properly dismissed on judicial immunity grounds, and the district court did not err in denying discovery or further time for amendment since plaintiff failed to indicate any viable basis for overcoming defendants' immunity. Plaintiff's motion to strike defendants' brief is denied. Affirmed. ________ -2-